**Electronically Filed
Supreme Court
SCWC-16-0000266
30-SEP-2021
09:43 AM
Dkt. 32 ODAC**

SCWC-16-0000266

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JERRY ELDER AS TRUSTEE OF THE ELDER TRUST,
Respondent/Plaintiff-Counterclaim Defendant-Appellant-
Cross-Appellee,

vs.

THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION,
Respondent/Defendant-Counter Claimant-Cross Claim Defendant-
Appellee-Cross-Appellee,

and

ROBERT V. GUNDERSON, JR. and ANNE D. GUNDERSON,
Petitioners/Defendants-Counter Claimants-Cross-Claimants-
Appellees-Cross-Claim Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000266; CIV. NO. 11-1-088K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Somerville, in place of Pollack, J., recused)

Petitioners' Application for Writ of Certiorari, filed on August 19, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 30, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Rowena A. Somerville